UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 1:18-cr-00103-EGS |
| | ) |
| TONY EVANS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF FILING

In this Notice of Filing I attach this motion on behalf of Mr. Evans. That said, I want to make sure the Court is in possession of a courtesy copy via email.

Dated: July 16, 2020

                                                    Respectfully submitted,
                                                    /s/Matthew D. Myers

BY ECF                                                                                          July 16, 2020

Hon. Emmet G. Sullivan
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: <u>Unites States v. Tony John Evans</u>
1:18-cr-00103-EGS

Dear Judge Sullivan:

     I represented Tony John Evans who was sentenced before Your Honor.  Mr. Evans is no longer able to provide funds for his defense.  As such under **Local Criminal Rule 44.5(d) I ask to be relieved as counsel and the Federal Public Defender be assigned to represent Mr. Evans for his most recent motion.**

Cc: AUSA Kondi Kleiman                         Most Respectfully,

                                                                         *Matthew Myers*
                                                                         _____
                                                                         Matthew D. Myers
                                                                         Attorney for Tony Evans